# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA K. OWEN,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. ED CV 14-1336 PA (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party has filed written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS ORDERED that Judgment be entered in favor of Plaintiff.

DATE: April 13, 2015

                _____
                HON. PERCY ANDERSON
                UNITED STATES DISTRICT JUDGE