STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8945
    Facsimile:  (415) 744-0134
    E-Mail:  jennifer.a.kenney@ssa.gov
Attorneys for Defendant Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PATRICIA OWEN, | ) Case No.: CV 14-1336-PA (MRW) |
| | ) |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| v. | ) ATTORNEY FEES AND |
| | ) EXPENSES, PURSUANT TO 28 |
| CAROLYN W. COLVIN, | ) U.S.C. § 2412(d), AND COSTS |
| Acting Commissioner of Social Security, | ) PURSUANT TO 28 U.S.C. § 1920 |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,000.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $325.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated: May 5, 2015                   _____

                            HON. MICHAEL R. WILNER
                            UNITED STATES MAGISTRATE JUDGE